DANIEL J. BRODERICK, #89424
Federal Defender
MARC DAYS, CA Bar #184098
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
EVERARDO RODRIGUEZ-VASQUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:09-CR-00366 OWW |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; ORDER |
| v. | ) ) | |
| EVERARDO RODRIGUEZ-VASQUEZ, | ) ) | Date: August 30, 2010 Time: 9:00 A.M. |
| Defendant. | ) ) ) | Judge: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing in the above captioned matter now scheduled for July 19, 2010, **may be continued to August 30, 2010 at 9:00 a.m.**

This continuance is requested by counsel for the defendant to allow additional time for defense investigation and plea negotiation prior to hearing. The requested continuance will conserve time and resources for both counsel and the court.

///
///
///
///
///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

                                    BENJAMIN B. WAGNER
                                    United States Attorney

DATED: July 14, 2010              By  /s/ Ian Garriques
                                    IAN GARRIQUES
                                    Assistant United States Attorney
                                    Attorney for Plaintiff

                                    DANIEL J. BRODERICK
                                    Federal Defender

DATED: July 14, 2010              By  /s/ Marc Days
                                    MARC DAYS
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    Everardo Rodriguez-Vasquez

## ORDER

**IT IS SO ORDERED**. Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

**Dated:   July 15, 2010**                    /s/ Oliver W. Wanger
                                         UNITED STATES DISTRICT JUDGE