```
 1
 2
 3  BENJAMIN B. WAGNER
    United States Attorney
 4  IAN L. GARRIQUES
    Assistant U.S. Attorney
 5  4401 Federal Building
    2500 Tulare Street
 6  Fresno, CA 93721
    Tel: (559) 497-4000
 7
 8
 9
10                UNITED STATES DISTRICT COURT
11                EASTERN DISTRICT OF CALIFORNIA
12
13  UNITED STATES OF AMERICA,   ) Case No. 1:09-cr-00366 OWW
                                )
14           Plaintiff,         ) STIPULATION TO CONTINUE STATUS
                                ) CONFERENCE; ORDER
15                              )
         v.                     )
16                              ) Date:  September 13, 2010
    EVERARDO RODRIGUEZ-VASQUEZ, ) Time:  9:00 a.m.
17                              ) Judge: Hon. Oliver W. Wanger
             Defendant.         )
18  _____)
```

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that **the status conference now set for August 30, 2010, may be continued to September 13, 2010, at 9:00 a.m.**

The reason for the continuance is to allow time for further case preparation, investigation and plea negotiations. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial and that the delay from the continuance shall be excluded from the calculation of

1  ///

2  ///

3  time under the Speedy Trial Act pursuant to 18 U.S.C. §§

4  3161(h)(7)(A) and (B)(iv).

5  Dated: August 25, 2010                Respectfully submitted,

6                                        BENJAMIN B. WAGNER
                                         United States Attorney

7                                   By:  /s/ Ian L. Garriques
8                                        IAN L. GARRIQUES
                                         Assistant U.S. Attorney

11 Dated: August 25, 2010           By:  /s/ Marc Days
                                         MARC DAYS
12                                       Attorney for Defendant

### **O R D E R**

The intervening period of delay shall be excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

**Dated:   August 26, 2010**                    **/s/ Oliver W. Wanger**
                                        UNITED STATES DISTRICT JUDGE